# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130704

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

WILLIAM CLINTON SIVLEY,
        Defendant-Appellant.

SC: 130704
COA: 265116
Kent CC: 02-010147-FC

_____/

On order of the Court, the application for leave to appeal the February 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

s0619